# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**UNITED STATES OF AMERICA**

      **Plaintiff,**

-vs-                                                  Case No. 3:20-CR-24

**TREVON LEROY**

      **Defendant.**

## ORDER GRANTING MOTION TO REVOKE DETENTION ORDER AND ORDERING THE DEFENDANT RELEASED FROM JAIL

Pursuant to General Order 20-05, this Court held on the record by telephone Defendant's Motion to Revoke Detention Order (doc. 21) in which he requested the he be released on bond. The Government does not object at this time. Defendant is currently in custody at the Miami County Jail.

The Court having giving consideration, finds that Defendant's motion is well-founded and grants Defendant's Motion to Revoke Detention Order (doc. 21). Further, it is the order of the Court that the Defendant be released on **Tuesday, March 31, 2020 no later than 9:30 a.m.** to Pretrial Services Office. Defendant is to participate in Home Detention with electronic monitoring and abide by any conditions of release as determined appropriate by Pretrial Services.

**DONE** and **ORDERED** in Dayton, Ohio, this 30th day of March 2020.

                                                                  *s/Thomas M. Rose*

                                                                  THOMAS M. ROSE, JUDGE
                                                                  UNITED STATES DISTRICT COURT